IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM FLOYD GAY,

    Petitioner,

v.                                                            CASE NO. 5:08-cv-299-RS-AK

WALTER A. MCNEIL,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc.13 , Respondent's Motion for Extension of Time to File Response.  Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**.  Respondent shall file his response no later than **January 22, 2009.**  Petitioner may file a reply no later than **February 23, 2009**

    **DONE AND ORDERED** this *9th* day of December, 2008.


                                           *s/ A. KORNBLUM*
                                           **ALLAN KORNBLUM**
                                           **UNITED STATES MAGISTRATE JUDGE**