IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM FLOYD GAY,

    Petitioner,

v.                                         CASE NO. 5:08-cv-299-RS-AK

WALTER A. MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc.19, Respondent's Third Motion for Extension of Time to File Response. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **March 25, 2009.** Petitioner may file a reply no later than **April 30, 2009.**

**DONE AND ORDERED** this  _25th_  day of February, 2009.

                                            *s/ A. KORNBLUM*
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**