IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM FLOYD GAY,

    Petitioner,

v.                                                       CASE NO. 5:08-cv-299-RS-AK

WALTER A. MCNEIL,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc.21, Respondent's Fourth Motion for Extension of Time to File Response. Having carefully considered the matter, the Court finds that because it did not caution Respondent regarding further extensions of time in its last order and because Petitioner will not be prejudiced by a short extension (this case will be placed in line for decision based on the date of the petition, not the date that all briefing is concluded), the motion will be **GRANTED**. Respondent shall file his response no later than **April 10, 2009**. **However, Respondent is hereby advised that no further extensions of time shall be granted to him in this case.** If another extension of time is requested in this matter, the Court will be required to schedule a hearing on the motion and require the personal attendance of the Attorney General for the State of Florida. Petitioner may file a reply no later than **May 11, 2009.**

    **DONE AND ORDERED** this *27th* day of March, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**