IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM FLOYD GAY,

    Petitioner,

v.                                                                                     CASE NO. 5:08-cv-299-RS-AK

WALTER MCNEIL,

    Respondent.
_____/

## **O R D E R**

By prior order the Court granted Respondent a fourth extension of time to answer the petition for writ of habeas corpus in this case no later than April 10, 2009. Four days before that final deadline was set to expire, Petitioner filed a motion to amend his habeas petition after certain claims were finally exhausted in state court. Doc. 23. A few days later the proposed amended petition and supporting memorandum were separately filed. Docs. 24 & 25. Needless to say, Respondent did not file an answer to the original petition.

To move this matter forward–it has been almost seven months since the Court issued its first order to Respondent to answer–the Court will grant the motion to amend. Allowing the amendment does not, however, mean that the Court has reviewed the issue of timeliness of the amendment or relation back of the claims, issues which the Court will leave for Respondent to consider. Regardless of the amendment, the Court will nevertheless limit Respondent's time to respond and reminds Respondent that **if he requires additional time to respond or fails timely to respond, the Court will be forced to schedule a hearing and require the personal attendance of the Attorney General for the State of Florida at that hearing.**

Accordingly, it is **ORDERED**:

That the motion to amend, Doc. 23, is **GRANTED**;

That the amended petition for writ of habeas corpus, Doc. 24, is **ACCEPTED** and is deemed filed as of April 6, 2009;

That Respondent shall file his response to the amended petition no later than **May 1, 2009**;

That Petitioner may file a reply no later than **June 1, 2009**.

**DONE AND ORDERED** this   ***14*** <sup>th</sup>   day of April, 2009.

**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**