IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM FLOYD GAY,

    Petitioner,
v.                                                        CASE NO. 5:08-cv-299-RS-AK

WALTER A. McNEIL,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc. 51, Petitioner's motion for status and for notification of the due date of Petitioner's supplemental reply. The Court finds the motion is well taken, and it is **GRANTED**. Petitioner is advised that the supplemental response was filed on January 14, 2010. Petitioner may file a supplemental reply no later than **February 19, 2010.**

**DONE AND ORDERED** this  *20th*  day of January, 2010.


                                           *s/ A. KORNBLUM*
                                           **ALLAN KORNBLUM**
                                           **UNITED STATES MAGISTRATE JUDGE**