IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM FLOYD GAY,

    Petitioner,

v.                                                    CASE NO. 5:08-cv-00299-RS-AK

WALTER A MCNEIL,

    Respondent.

_____/

**O R D E R**

      This matter is before the Court on Doc. 54, Petitioner's Motion for Status. The motion pertains to Doc. 32, Petitioner's "objection" to the Respondent's initial response to the Petition, in which Petitioner contended that Respondent failed to serve him with copies of Respondent's exhibits and failed to respond to two of Petitioner's claims. In the instant motion, Petitioner requests a ruling on his objection.

      Subsequent to filing his objection, the Court permitted Petitioner to file an amended petition, and directed the Respondent to respond to the amended petition. See Docs. 47, 50. It appears that the Respondent's supplemental response, Doc. 50, addresses the claims that Petitioner contended were not previously addressed. Petitioner has filed a supplemental reply to the supplemental response. See Doc. 53.

      In light of the amended and supplemental pleadings, it is unclear what, if any, relevant state-court records are still sought by Petitioner. Petitioner's "motion for status" does not clarify what specific records he seeks. It appears that this case is now fully briefed and ripe for the Court's determination, in due course. Accordingly, to the extent that the instant motion, Doc. 54,

seeks an order requiring Respondent to provide Petitioner with copies of portions of the state court record, the motion is **DENIED**. If Petitioner wishes to request the production of additional state court records by Respondent, he may file a motion stating specifically what relevant records he needs that are not already in his possession, and why such records should be produced by Respondent.

      **ORDERED** on March 29, 2010.

      Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**