IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM FLOYD GAY,

    Petitioner,

vs.                                  CASE NO. 5:08cv299/RS-GRJ

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Defendant.
_____/

## ORDER

Before me is Petitioner's Motion For Enlargement Of Time (Doc. 62).

**IT IS ORDERED** that Petitioner shall file his objections to the Magistrate Judge's Report and Recommendation (Doc. 61) not later than October 11, 2011.

**ORDERED** on September 12, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**