IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM FLOYD GAY,**

    **Plaintiff,**

vs.                                             **CASE NO. 5:08-cv-299/RS-GRJ**

**WALTER A. MCNEIL,**
**Secretary of Florida Department**
**of Corrections,**

    **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 61). Plaintiff has not responded.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus (Doc 47) is **DENIED**.

3. A certificate of appealability is **DENIED** because Plaintiff has not made a substantial showing of denial of a Constitutional right.

4. The clerk is directed to close the file.

**ORDERED** on September 29, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
